

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CMP
F. #2011R01474

*271 Cadman Plaza East*

*Brooklyn, New York   11201*

June 11, 2012

<u>VIA ECF AND HAND DELIVERY</u>

Robert Anthony Evans, Jr., Esq.   Bruce Wenger, Esq.
274 W. 145th St., Suite 300       Wenger & Arlia, Esqs. LLP
New York, NY 10039                20 Vesey St., Suite 210
                                  New York, NY 10007


Michael Schneider, Esq.           Gerald J. Di Chiara, Esq.
Federal Defenders of New York     3 Park Ave., 15th Floor
16 Court St., 3rd Fl.             New York, NY 10016
Brooklyn, NY 11241

Michael P. Beys, Esq.             Maurice H. Sercarz, Esq.
Jason H. Berland, Esq.            Sercarz & Riopelle
Beys, Stein & Mobargha LLP        152 W. 57th St., 24th Fl.
405 Lexington Ave., 7th Floor     New York, NY 10019
New York, NY 10174


           Re:  <u>United States v. Walters, et al.</u>
                <u>Criminal Docket No. 11-683 (NG)</u>

Dear Counsel:

        By this letter, the government discloses discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure. Please also consider this letter to be the government's request for reciprocal discovery.


| Discovery Exhibit Number | Description |
|---|---|
| 62 | CD containing documents regarding Hancock Street project, obtained from Stevenson Dunn at the time of his arrest. |

This discovery exhibit is enclosed. The government will continue to provide any additional documents, objects and other discovery within the scope of Fed. R. Crim. P. 16 as they become available.

If you have any questions, please contact the undersigned.

                         Sincerely,

                         LORETTA E. LYNCH
                         UNITED STATES ATTORNEY

                         /s/ Cristina M. Posa
        By:     Cristina M. Posa
                 Anthony M. Capozzolo
                 Assistant United States Attorneys
                 (718) 254-6668/6454

cc: Clerk of the Court (NG) via ECF