Criminal Cause for a Status Conference
June 11, 2012
USA v. Dunn et al      11-cr-00683-NG
Court reporter:   Mary Agnes Drury x2615            Case Manger: Vic Joe

| USA | **Cristina Marie Posa**<br>Special Agent Naushun Richards<br>United States Attorneys Office -EDNY<br>271 Cadman Plaza East, Brooklyn, NY 11201<br>Email: anthony.capozzolo@usdoj.gov Email: cristina.posa@usdoj.gov<br>718-254-6668 Fax: 718-254-6076    718-254-6454 Fax: 718-254-6669 |
|---|---|
| **vs.** | |
| **Wendell Walters**<br><br>**Defendant pled guilty on March 23, 2012** | **Howard R. Leader**<br>381 Park Avenue South, Suite 701, New York, NY 10016<br>646-533-7696   Fax: 347-642-5551   Email: lawleader@yahoo.com |
| **Stevenson Dunn** | **Robert Anthony Evans , Jr.**<br>274 W. 145th Street, Suite 300, New York, NY 10039<br>212-234-6804   Email: raevans@raevans.net |
| **Lee Hymowitz** | **Maurice H. Sercarz**<br>Sercarz & Riopelle<br>152 West 57th Street, 24th Floor, New York, NY 10019<br>212-586-4900   Fax: 212-586-1234<br>Email: msercarz@sercarzandriopelle.com |
| **Michael Freeman** | **Gerald J. DiChiara**<br>Law Offices of Gerald J. DiChiara<br>3 Park Avenue, 15th Floor, New York, NY 10016<br>212-679-1958  Fax: 212-689-3315   Email: jdichiarag@aol.com |
| **Sergio Benitez** | **Bruce Wenger**<br>Wenger & Arlia Esqs LLP<br>20 Vesey Street, Suite 210, New York, NY 10007<br>212-566-6262 |
| **Robert Morales** | **Michael Beys** (CJA)<br>405 Lexington Avenue, 7th Floor,New York, NY 10174<br>212-387-8229 |
| **Angel Villalona**<br><br>**Spanish Interpreter: Rosa Olivera** | **Michael K. Schneider**<br>Federal Defenders of New York, Inc.<br>16 Court Street, 3rd Floor, Brooklyn, NY 11241<br>718-330-1200  Fax: 718-855-0760   Email: michael_schneider@fd.org |

**NOTES:**  Case called. All parties present.  Status conference held. Government reports that they had just provided the defendants with more discovery material (CD 62), and that the parties are working on a plea negotiations.  The next status conference is scheduled for September 5, 2012 at 2:30 pm.  For the reasons stated on the record, time is excluded under the Speedy Trial Act until then.